RAYMOND, Appellant, v. SECURITY TRUST & LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Ralph Raymond against the Security Trust & Life Insurance Company. J. M. Goodale, for appellant.

E. L. Mooney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.